No. 79–590.  TELEX CORP. ET AL. *v.* BROBECK, PHLEGER & HARRISON.  C. A. 9th Cir.  Certiorari denied.

No. 79–591.  NOVAK *v.* NOVAK.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 79–605.  CASPER, DBA ABBY SALES *v.* METAL TRADES, INC.  C. A. 4th Cir.  Certiorari denied.

No. 79–607.  ADVOCATES FOR THE HANDICAPPED ET AL. *v.* SEARS, ROEBUCK & CO.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 79–625.  BURGUIERES *v.* MORTON-NORWICH PRODUCTS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–636.  CROSS *v.* JARVIS, SHERIFF.  Sup. Ct. Ga. Certiorari denied.

No. 79–720.  VAZQUEZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–5104.  CLERK *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–5205.  SOUSA *v.* UNITED STATES;
No. 79–5354.  DIAMEN, AKA INFANTOLINO *v.* UNITED STATES; and
No. 79–5357.  EASTRIDGE *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.  Reported below: 400 A. 2d 1036.

No. 79–5225.  NASH *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.